UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY A. HAGLUND,

    Plaintiff,

v.                                      Case No. 1:17-cv-586
                                      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant,
_____/

## JUDGMENT

      In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

      **IT IS SO ORDERED**.


Dated: September 24, 2018                /s/ Ray Kent
                                                United States Magistrate Judge